1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**

9    **SOUTHERN DISTRICT OF CALIFORNIA**

10   UNITED STATES OF AMERICA,          Case No.: 12CR4965-DMS

          Plaintiff,                   **ORDER AND JUDGMENT**
11

12        v.

13   RICARDO RODRIGUEZ-CARRILLO,

          Defendant.
14

15

16        Upon application of the United States Attorney, and good cause appearing

17   therefrom,

18        IT IS HEREBY ORDERED that the Indictment in the above-captioned case

19   against RICARDO RODRIGUEZ-CARRILLO, be dismissed without prejudice.

20        IT IS FURTHER ORDERED that the arrest warrants be recalled in this matter.

21

22   Dated:  October 10, 2018

23                                      _____

24                                      Hon. Dana M. Sabraw
                                        United States District Judge
25

26

27

28